**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BRYN MAWR EQUIPMENT FINANCE INC.,    :    No. 176 MM 2020

          Respondent           :

          v.           :

BRADLEY KANTOR,           :

          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.